UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ERNESTO MEJORADO, | ) | No. CV 12-02402-R (VBK) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| A. HEDGPETH, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: Dec. 20, 2012

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE